# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JAMES M. CUYLER,

     Plaintiffs,

                                 Case No.

vs.

BAY PINES VA HEALTHCARE SYSTEM,
TAMMY KENNEDY, CHIEF COUNSEL,
IMTIAZ A. MUNSHI, CHIEF OF SURGERY,
& TAREN SAVAGE,

     Defendants.

## NOTICE OF REMOVAL

The Defendant Bay Pines VA Healthcare System removes this action to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. § 1442 and Local Rule 1.06.  In support, it states as follows.

**State Court Action**

On January 30, 2023, Plaintiff James M. Cuyler, filed an action in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, captioned *James M. Cuyler v. Bay Pines VA Healthcare System, Tammy Kennedy, Chief Counsel, Imtiaz A. Munshi, M.D., Chief of Surgery, & Taren Savage,*[1] Case No. 23-CA-

---

[1] The original case was captioned *James M. Cuyler v. Bay Pines VA Healthcare Syetem, Tammy Kenndy; Chief Counsel, Imtiaz A. Munshi; MD Chief Surgery, & Taren Savage.*  Undersigned counsel corrected what appear to be typographical errors in the Complaint.

000835.  The United States attaches a copy of the state court complaint; a copy of the state court docket sheet; and legible copies of each paper docketed in the state court as required by Local Rule 1.06(b).  Plaintiff's case is a civil employment action in which he alleges retaliation and harassment as well as constitutional claims against his employer, the Bay Pines VA Healthcare System, and three of its employees.

**Legal Basis for Removal**

A civil action may be removed to federal court if it is commenced in a State court against the United States or any agency thereof or any officers of the United States or of any of its agencies, in an official or individual capacity, for or relating to any act under color of such office.  *See* 28 U.S.C. 1442(a)(1).  Here, the Defendants include the Bay Pines VA Healthcare System, part of the United States Department of Veterans Affairs, which is an agency of the United States.  The state court action was filed in Hillsborough County, which is included in the Tampa Division of this Court, so this action is properly removed to the Tampa Division.  *See* Local Rule 1.06(a).  In accordance with 28 U.S.C. § 1446(a), undersigned counsel signs this notice pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**Related Federal Case**

This action is related to a prior case before this Court, *James M. Cuyler v. Denis McDonough, Secretary of the U.S. Department of Veterans Affairs, et al.*, Case No. 8:22-CV-00263-WFJ-AEP, in which Plaintiff alleged factually similar claims against the Secretary of the United States Department of Veterans Affairs and a number of individual employees of the VA as well as employees of another federal agency.

Along with this Notice of Removal, Bay Pines VA Healthcare System is filing a Notice of Related Action listing that prior case.

WHEREFORE, the United States removes this action to the United States District Court, Middle District of Florida, Tampa Division.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    *s/ Mamie V. Wise*
        MAMIE V. WISE
        Assistant United States Attorney
        Florida Bar No. 65570
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: 813-274-6000
        Facsimile: 813-274-6200
        E-mail: mamie.wise@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2023, I served a true and correct copy of the foregoing document by U.S. Mail on the following:

James Cuyler
13913 Windy Knoll Drive
Riverview, FL 33579

*s/ Mamie V. Wise*
Assistant United States Attorney

3